IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSE C. PHILLIPS, B62167

    Plaintiff,

vs.

MARC HODGE, et al.,

    Defendants.

Case No. 13-cv-0069-SMY-PMF

**MEMORANDUM AND ORDER**

    This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 156) of Magistrate Judge Philip M. Frazier recommending this Court deny Plaintiff Jesse Phillips' Motion for Leave to File a Cross-Summary Judgment Motion against Defendant Martin (Doc. 155).

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has received no objection to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court **ADOPTS** the R & R (Doc. 156) and **DENIES** Hammond's request for a preliminary injunction (Doc. 155).

**IT IS SO ORDERED.**

**DATED:**  January 16, 2015

                                                   **s/** Staci M. Yandle
                                                   **STACI M. YANDLE**
                                                   **DISTRICT JUDGE**